**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6440**

_____

ROBERT HOLLAND KOON, a/k/a Robert Koon, a/k/a Robert H. Koon,

Plaintiff - Appellant,

v.

GLOBAL TELMATE; WELLS FARGO OF CHARLESTON; S.C.D.C.; DIRECTOR STIRLING; ANNIE RUMLER; RHODESIA TAYLOR; MAJOR TERRY; M. H. CUNNINGHAM; CLASSIFICATION GREENE; A. W. TURNER; WILLIE DAVIS; SCDHEC DIRECTOR JOHN DOE; MOTLEY RICE LLC; JOSEPH F. RICE; HOOD LAW FIRM, LLC; W. CHRISTOPHER SWETT; ELLOREE GANES; JOHN DOE LAW FIRMS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:21-cv-01499-SAL)

_____

Submitted:  August 18, 2022                    Decided:  August 23, 2022

_____

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Holland Koon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Holland Koon seeks to appeal from a motion he filed in his civil action requesting that the district court transfer his case to state court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The motion Koon seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.[*] Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Koon's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Although the district court issued an order directing the dismissal of Koon's action before we considered this appeal, the doctrine of cumulative finality does not cure the jurisdictional defect. *See Houck v. LifeStore Bank*, ___ F.4th ___, ___, No. 21-1280, 2022 WL 2813066, at *4 (4th Cir. July 19, 2022) (noting that doctrine applies where appellant appeals from order that could have been certified under Fed. R. Civ. P. 54(b)).